1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE LIZARRAGA-MARTINEZ (1),<br><br>Defendant. | Case No. 92-CR-1082-BAS<br><br>**JUDGMENT AND ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that: (1) the Indictment [ECF 8] and Superseding Information [ECF 18]  in the above-entitled case be dismissed without prejudice and (2) the Arrest Warrant be recalled due to the longtime fugitive status.

**IT IS SO ORDERED.**

Dated:   March 26, 2025

Hon. Cynthia Bashant, Chief Judge
United States District Court